**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NESTOR MANUEL LUNA,<br><br>    Petitioner,<br><br> v.<br><br>STUART SHERMAN, Warden,<br><br>    Respondent. | Case No. CV 15-9124 R (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 17, 2018

              _____
              MANUEL L. REAL
              UNITED STATES DISTRICT JUDGE